UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GLADIS PERSON,

        Plaintiff,

v.

VISION FINANCIAL CORP.,

        Defendant.

11-2438-JAR

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that in accordance with Vision Financial Corporation's offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68, that judgment is entered in favor of plaintiff and against Vision Financial Corporation in the amount of $1,001 together with attorney's fees and costs.

Dated: December 13, 2011    TIMOTHY M. O'BRIEN, CLERK

s/ Pam Patton
_____
Deputy Clerk